Same case below, 384 Fed. Appx. 983.

Same case below, 609 F.3d 1033.

**No. 10-784. Janis Carmona, Petitioner v. Judy Carmona, et al.**

562 U.S. 1219, 131 S. Ct. 1492, 179 L. Ed. 2d 305, 2011 U.S. LEXIS 1346.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 603 F.3d 1041.

**No. 10-793. Darren Roy Mack, Petitioner v. Nevada.**

562 U.S. 1219, 131 S. Ct. 1493, 179 L. Ed. 2d 305, 2011 U.S. LEXIS 1471.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 735.

**No. 10-787. Margaret Kleinman, Petitioner v. New Jersey Department of Labor, Division of Unemployment and Disability Insurance.**

562 U.S. 1219, 131 S. Ct. 1492, 179 L. Ed. 2d 305, 2011 U.S. LEXIS 1368.

February 22, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-800. Gregory Wilson, Petitioner v. LaDonna H. Thompson, Commissioner, Kentucky Department of Corrections, et al.**

562 U.S. 1219, 131 S. Ct. 1493, 179 L. Ed. 2d 305, 2011 U.S. LEXIS 1453.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 620 F.3d 699.

**No. 10-789. Patrick Shawn Barrett, et al., Petitioners v. Ventura County, California.**

562 U.S. 1219, 131 S. Ct. 1493, 179 L. Ed. 2d 305, 2011 U.S. LEXIS 1412.

February 22, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-802. Magdalena Miner, aka Magdalena Arciszewska, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1220, 131 S. Ct. 1498, 179 L. Ed. 2d 305, 2011 U.S. LEXIS 1396.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-791. Rederiet Otto Danielsen, A.S., et al., Petitioners v. Brian Stacy.**

562 U.S. 1219, 131 S. Ct. 1493, 179 L. Ed. 2d 305, 2011 U.S. LEXIS 1437.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-805. Tu My Tong, Petitioner v. Michel Rone, et al.**

562 U.S. 1220, 131 S. Ct. 1498, 179 L. Ed. 2d 305, 2011 U.S. LEXIS 1402.

February 22, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.